1  MICHELE BECKWITH
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

**FILED**

**Jun 02, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION      CASE NO. 2:25-SW-0337-AC
   OF THE UNITED STATES OF AMERICA
12 FOR A SEARCH WARRANT CONCERNING       [PROPOSED] ORDER TO UNSEAL SEARCH
   AN APPLE iPHONE ASSIGNED EVIDENCE     WARRANT AND SEARCH WARRANT
13 NUMBER 658-5, AND A FORENSIC          AFFIDAVIT
   EXTRACTION OF THAT DEVICE
14 ASSIGNED EVIDENCE NUMBER 593-1,
   BOTH CURRENTLY LOCATED AT 660
15 MERCHANT STREET IN VACAVILLE

16

17        Upon application of the United States of America and good cause having been shown,

18        IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

19

20  Dated: _____June 2, 2025_____        _____
21                                            THE HONORABLE SEAN C. RIORDAN
                                              United States Magistrate Judge
22

23

24

25

26

27

28